**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SHANGHAI SHENDA II LLC,

                Plaintiff,

  -against-                                       20 **CIVIL** 7415 (RA)

                                                     **JUDGMENT**

STEVEN FEINSTEIN,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated May 16, 2023, Plaintiff's motion to enforce the settlement agreement is granted. Judgment is entered in the amount of $200,000.00 plus (1) interest thereon at the rate of 2.5% per year from March 12, 2021, in the amount of $10,890.41, and (2) $9,457.00 in attorney's fees.

**Dated:**  New York, New York

       May 16, 2023

                                                                       **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                                       **BY:**

                                                                          **Deputy Clerk**